

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 98-30174

---

D.C. Docket No. 93-CV-1460

**U.S. COURT OF APPEALS**
**FILED**

DEC 21 1998

CHARLES R. FULBRUGE III
CLERK

WILLIAM DESHAZER AND LOUISE DESHAZER

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK

DATE 1/13/99

BY _____

Plaintiffs - Appellants

v.

ARCO OIL & GAS CO, A division of Atlantic Richfield Company

Defendant - Appellee

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette.

Before GARWOOD, BARKSDALE, and STEWART, Circuit Judges.

### J U D G M E N T

This cause came on to be heard on the record on appeal and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   JAN 12 1999

COPY SENT
DATE 1/13/99
BY _____
TO: _____

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy   JAN 12 1999

New Orleans, Louisiana



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

DEC 2 1 1998

CHARLES R. FULBRUGE II
CLERK

No. 98-30174

WILLIAM DESHAZER and LOUISE DESHAZER

Plaintiffs-Appellants,

versus

ARCO OIL & GAS CO.,
A Division of Atlantic Richfield Company

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
(93-CV-1460)

Before GARWOOD, BARKSDALE, and STEWART, Circuit Judges.

Per Curiam:[*]

Appellants appeal the summary judgment against their claims (malicious prosecution, defamation, intentional infliction of emotional distress and loss of consortium), all arising out of disputes and resulting litigation between Appellee and Appellant William Deshazer, a former senior engineer for Appellee, concerning his post-employment assistance to a party engaged in litigation with Appellee over an explosion on one of Appellee's platforms.

---

[*]      Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No authority need be cited for the fact that we review a summary judgment *de novo*, applying the same test as does the district court.  Such judgment is proper if the summary judgment record shows that there is no material fact issue and that the movant is entitled to a judgment as a matter of law.  FED. R. CIV. P.56.

Pursuant to our requisite *de novo* review, and having considered the briefs and oral argument presented on appeal, we conclude that summary judgment is proper, essentially for the reasons stated by the district court in its comprehensive opinion. ***Deshazer v. Arco Oil & Gas Co.***, No. 93-CV-1460 (W.D. La. Jan. 26, 1998).

                                                                        **AFFIRMED**

# United States Court of Appeals

## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

January 12, 1999

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

       No. 98-30174 Deshazer v. Arco Oil & Gas Co
       USDC No. 93-CV-1460

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits to be returned.

                     Sincerely,

                     CHARLES R. FULBRUGE III, Clerk

           By: _____
               Kristin Gondrella, Deputy Clerk

cc: (letter only)
    Honorable Rebecca F Doherty
    Mr William M Bass
    Mr Lawrence J Ernst

MDT-1